**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 128747
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONG CHEOL SHIN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>TD BANK N.A. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendants. | Case No: 1:23-cv-08346<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC.** |

Now comes the Plaintiff Jong Cheol Shin by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Equifax Information Services, LLC and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Notice of Voluntary Dismissal *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences as they pertain to Equifax Information Services, LLC only.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed and that all terms of settlement have been consummated.

DATED: November 13, 2023

                                        **SANDERS LAW GROUP**

                                        By:  */s/ Alain Cesar*
                                        Alain Cesar, Esq.
                                        333 Earle Ovington Blvd, Suite 402
                                        Uniondale, NY 11553
                                        Tel: (516) 203-7600
                                        Email: acesar@sanderslaw.group
                                        *Attorneys for Plaintiff*